**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHARLES SHAW, <br><br> Plaintiff, <br> v. <br><br> FIRMENICH INCORPORATED, <br><br> Defendant. | Civil Action No. 3:21-cv-20323-ZNQ-TJB <br><br> **STIPULATION OF** <br> **DISMISSAL WITH PREJUDICE** <br><br> (VIA ECF) |

It is hereby stipulated and agreed by and between Plaintiff Charles Shaw ("Plaintiff") and Defendant Firmenich Incorporated ("Defendant"), through their undersigned counsel, that the above-captioned action, and all claims asserted therein, is dismissed with prejudice and without costs or attorneys' fees against any party.

*Matthew Miller*
Matthew D. Miller, Esq.
Alexa B. Wissner, Esq.
Swartz Swidler, LLC
9 Tanner Street, Suite 101
Haddonfield, NJ 08033
T: 856.685.7420
F: 856.685.7417
*Attorneys for Plaintiff*

Dated: December 15, 2022

s/ *Amber M. Spataro*
Amber M. Spataro, Esq.
David S. Ostern, Esq.
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, New Jersey 07102
P: (973) 848-4700
E: ASpataro@littler.com
E: DOstern@littler.com
*Attorneys for Defendant*

Dated: November 8, 2022

SO ORDERED:

_____
HON. ZAHID N. QURAISHI, U.S.D.J.
4860-0777-8110.1

Dated: _____, 2022